IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | MJ-17-60GF-JTJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PATRICK NEAL MOFFITT, | |
| Defendant. | |

Upon motion of the United States to Vacate the Detention Hearing and Set Conditions of Release, (Doc. 6), **IT IS HEREBY ORDERED** that the detention hearing set in this matter for Thursday, November 2, 2017 is **VACATED**.

DATED this 1st day of November, 2017.

John Johnston
United States Magistrate Judge